# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANNA PASQUALINO, : 
 : CIVIL ACTION
    Plaintiff, :
 :
v. :
 : NO. 15-0077
STATE FARM MUTUAL AUTOMOBILE :
INSURANCE COMPANY, :
 :
    Defendant. :

## ORDER

**AND NOW**, this *28th* day of *May*, 2015, upon consideration of Defendant State Farm Automobile Insurance Company's Motion to Dismiss Count Two of Plaintiff's Complaint (Docket No. 4), and Plaintiff Anna Pasqualino's Response (Docket No. 6), it is hereby

**ORDERED** that the Motion is **GRANTED WITHOUT PREJUDICE**. Plaintiff shall have twenty (20) days from the date of this Order to file an amended complaint correcting any of the pleading deficiencies identified in the accompanying Memorandum Opinion.

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*_____
RONALD L. BUCKWALTER, S.J.